IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BILLIE JO HARDIN, *et al.*, )
)
        Plaintiffs, )
)
v. ) Civil Action No. 3:19-CV-392–HEH
)
LOWE'S HOME CENTERS, LLC, )
)
        Defendant. )

## FINAL ORDER

THIS MATTER is before the Court on a Stipulation of Dismissal (ECF No. 42), filed by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED. Named Plaintiffs Billie Jo Hardin's and Jose Iregui's individual claims are DISMISSED WITH PREJUDICE. The class claims are DISMISSED WITHOUT PREJUDICE.

This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                               /s/
                                           Henry E. Hudson
                                           Senior United States District Judge

Date: Dec. 9, 2019
Richmond, VA